May Term, 1858.

BUTTON
v.
LENT.

---

Wednesday, June 2.

---

BUTTON v. LENT.

APPEAL from the Cass Court of Common Pleas.

Per Curiam.—Suit commenced before a justice of the peace on an account. A bill of particulars was filed. The defendant filed a bill of particulars as a set-off. Trial. Judgment for the plaintiff. Appeal to the Common Pleas. Trial and judgment for the plaintiff.

Wednesday, June 2.

The only error assigned is that there was a trial without an issue.

The general denial, except *non est factum*, is in by law, without being pleaded, in suits before a justice of the peace. And under it, everything but the statute of limitations, set-off, and matter in abatement, may be given in evidence. 2 R. S. p. 455, § 34. The filing of a bill of particulars of an account, is a sufficient plea of set-off before a justice. 2 R. S. p. 458, § 36. No replication is required. *Id.* § 37.

An issue good before the justice, is good in the Circuit Court on appeal. 2 R. S. p. 463, § 67.

The judgment is affirmed with 10 per cent. damages and costs.

*H. P. Biddle, B. W. Peters* and *D. D. Dykeman,* for the appellant.